HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Corrales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22cr141-TLN |
| | 2:23cr213-TLN |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE DISPOSITION HEARING; FINDINGS AND ORDER** |
| FERNANDO CORRALES, | Date: May 9, 2024 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

**I.**

**STIPULATION**

1. The Court previously set this matter for a dispositional hearing to take place on May 9, 2024.

2. Mr. Corrales request that the dispositional hearing be continued to May 30, 2024 at 9:30 a.m. He needs additional time to adequately prepare for the hearing.

3. The government does not object and U.S. Probation is available at the requested date and time.

IT IS SO STIPULATED.

//

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 6, 2024 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Corrales |
| Date: May 6, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ R. Alex Cardenas*<br>R. ALEX CARDENAS<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date: May 7, 2024

_____
Troy L. Nunley
United States District Judge