HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Corrales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-141-TLN |
| | 2:23-cr-213-TLN |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER** |
| FERNANDO CORRALES, | Date: July 31, 2025 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

## I.

## **STIPULATION**

1. The Court previously set this matter for an Admit/Deny Hearing to take place on July 31, 2025.

2. Mr. Corrales requests that the Admit/Deny hearing be continued to **August 21, 2025, at 9:30 a.m**. The parties are actively discussing a possible agreed-upon resolution.

3. The government does not object and U.S. Probation is available at the requested date and time.

IT IS SO STIPULATED.

//

//

//

//

STIPULATION                              -1-                          *United States v. Corrales*,
                                                                1:22cr141-TLN; 2:23cr213-TLN

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 28, 2025 |   | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Corrales |
| Date: July 28, 2025 |   | KIMBERLY A. SANCHEZ<br>Acting United States Attorney<br><br>*/s/ Jason Hitt for*<br>R. ALEX CARDENAS<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 28, 2025

_____
Troy L. Nunley
Chief United States District Judge